ACCEPTED
01-15-00251-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 3:25:51 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00251-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 3:25:51 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON

_____

## In re Texas State Silica Products Liability Litigation

_____

Appeal from the 333rd Judicial District Court
of Harris County, Texas No. 2004-70000

_____

### MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEE'S BRIEF

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

Appellees[1] ask that the time for filing Appellee's Brief be extended until thirty days after the Court rules on the Appellees' pending Motion to Dismiss Appeal and Motion to Strike Appellants' Brief. Alternatively, Appellees ask that the time for filing their Brief be extended until August 31, 2015. As required by Tex. R. App. P. 10.5(b), Appellees submit the following:

1.  The current deadline for filing Appellee's Brief is July 31, 2015.

---

[1] The list of Appellees joining in this Motion is contained in the Motion to Dismiss Appeal or, Alternatively, Motion to Strike Appellants' Brief filed on July 16, 2015.

1

2. Appellees request an extension of time to file their Brief until thirty days after the Court rules on Appellees' pending Motion to Dismiss Appeal and Motion to Strike Brief. Alternatively, Appellees ask for an extension of time to file their Brief of thirty-one days, until Monday, August 31, 2015.

3. Appellants filed their Brief on July 1, 2015. On July 16, 2015, Appellees filed their Motion to Dismiss Appeal or, Alternatively, to Strike Plaintiffs' Brief. That motion included a request for extension of time to file Appellees' Brief. When Appellees had not received a ruling on the motion by July 31, the date Appellees' Brief was due, Appellees examined the Court's electronic records and determined that Appellees' Motion had been docketed only as a motion to dismiss the appeal. Therefore, Appellees are now filing a separate Motion to Strike Appellants' Brief as well as this separate Motion for Extension of Time to File Appellees' Brief.

4. This is a seriously-flawed appeal in which Appellants have shown no respect for the jurisdiction of the Court or for the substantive and procedural rules of briefing. Appellants have attempted to take an interlocutory appeal from an order denying permanent injunctive relief. A court of appeals does not have jurisdiction to consider the grant or denial of a permanent injunction through an interlocutory appeal. *See Delta Oilfield Services, Inc. v. Delta Int'l Service Co.*, 1998 WL 767731, at *1 (Tex. App.—Houston [14th Dist.] 1998, no pet.);

*Brelsford v. Old Bridge Lake Community Serv. Corp.*, 784 S.W.2d 700, 702 (Tex. App.—Houston [14th Dist.] 1989, no writ); *see also Young v. Golfing Green Homeowner's Ass'n, Inc.,* 2012 WL 6685472, at *1 (Tex. App.—Dallas 2012, no pet.) (mem. op.) ("A summary judgment that fails to dispose of all claims, even if it grants a permanent injunction, is interlocutory and unappealable"). Appellants' Brief does not raise any issue about the MDL Court's denial of injunctive relief. Instead, Appellants' Brief deals only with the merits of Appellants' interlocutory challenge, even though the MDL Court has never ruled on the merits of that claim.

5. Appellees should not be required to respond to a lengthy brief when the Court lacks jurisdiction over the appeal and Appellants' Brief lacks any issue that was properly preserved for appeal. Appellees therefore ask that the time for filing their Brief be extended until after the Court has resolved the pending Motion to Dismiss Appeal and Motion to Strike Appellants' Brief. If, after those motions are decided, there are any issues remaining before the Court, Appellees will file their Brief within thirty days. Alternatively, Appellees ask that the deadline for filing their Brief be extended for thirty-one days from the current date for filing the brief, which will be Monday, August 31, 2015.

5. No previous extensions of time to file Appellees' Brief have been requested.

6.   On August 3, 2015, Mike Martin, counsel for Appellants, informed counsel for Appellees that Appellants oppose a stay of the briefing schedule until after resolution of the pending motions,  Appellants do not oppose an extension of thirty days to file Appellants' Brief.

For the foregoing reasons, Appellees ask that the time for filing Appellee's Brief be extended until thirty days after the Court rules on the Appellees' pending Motion to Dismiss Appeal and Motion to Strike Appellants' Brief.  Alternatively, Appellees ask that the time for filing their Brief be extended until August 31, 2015.

Respectfully submitted,

*/s/ Kevin F. Risley*_____
Kevin F. Risley
State Bar No. 16941200
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: 713.403.8295
Facsimile: 713.403.8299
Email: krisley@thompsoncoe.com

**COUNSEL FOR APPELLEE**
**3M COMPANY**
**ON BEHALF OF ALL**
**APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, a true and correct copy of the foregoing document was served pursuant to electronic service

Mike Martin
Maloney Martin, L.L.P.
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Attorneys for Appellants


*/s/ Kevin F. Risley*_____
Kevin F. Risley




## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mr. Mike Martin, counsel for certain Appellants, about the merits of the requested relief in this motion. Mr. Martin opposes any extension of time to file Appellees' Brief.

*/s/ Kevin Risley*_____
Kevin Risley